JS-6

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   UK GRID SOLUTIONS LIMITED, a           )   Case No. CV 20-5006-GW-JCx
     corporation formed under the laws of    )
12   England and Wales, United Kingdom,      )   **ORDER OF DISMISSAL**
                                             )
13              Plaintiff,                   )
                                             )   [Filed concurrently with Stipulation
14       vs.                                 )   of Dismissal]
                                             )
15   SINGAPORE AIRLINES LIMITED, a           )
     Singapore corporation; F.H. BERTLING    )
16   LOGISTICS GMBH, a corporation           )
     formed under the laws of the Federal    )
17   Republic of Germany; and DOES 1         )
     through 10, inclusive,                  )
18                                           )
                Defendants.                  )
19   _____)

20

21

22

23

24

25

26

27

28

Pursuant to the Stipulation of the parties submitted concurrently herewith, **IT IS HEREBY ORDERED** that Case No. 2:20-cv-05006-GW-JC is hereby dismissed *with prejudice*.

**IT IS FURTHER ORDERED** that the requirement for the Parties to submit a joint report by January 27, 2022 and to appear for the Order to Show Cause hearing regarding settlement are hereby **VACATED** as moot.

**IT IS SO ORDERED.**

DATED:  January 28, 2022

_____

Hon. George H. Wu
United States District Judge

LAOFFICE 275441v.1